**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

**UNITED STATES OF AMERICA,**

                                       **CRIMINAL NO. 2:17 CR152**

**v.**

**CLAYTON AKEEM PRESSLEY**
      a/k/a "Brian Johnson"


        **Defendant.**


## NOTICE OF APPERANCE OF COUNSEL

    To:   The Clerk of Court and all parties of record. I give notice of my appearance in this case as counsel for the defendant, Clayton Akeem Pressley a/k/a "Brian Johnson"


                                            Respectfully submitted,
                                            Clayton Akeem Pressley


                                         _____/S/_____
                                          Bruce C. Sams, Esquire
                                          Virginia State Bar No.: 21702
                                          Attorney for the Defendant
                                          208 E. Plume Street #210
                                         Norfolk, VA 23510
                                         Office: (757) 627-3999
                                         Facsimile: (757) 627-4042
                                         Email Address: bcsams@cavtel.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to be to:

**David A. Layne**
Special Assistant United States Attorney
United States Attorney's Office
World Trade Center, Suite 8000
101 W. Main Street
Norfolk, Virginia 23510
Office Number- 757.441.3221
Email Address- david.layne@usdoj.gov

                                                                                               _____/S/_____

                                                Bruce C. Sams, Esquire
                                                Virginia State Bar No.: 21702
                                                Attorney for the Defendant
                                                208 E. Plume Street #210
                                                Norfolk, VA 23510
                                                Office: (757) 627-3999
                                                Facsimile: (757) 627-4042