NORFOLK/NEWPORT NEWS DIVISION
GUILTY PLEA PROCEEDINGS

Date: __11/14/17__
Time Set: __12:00 p.m.__
Started: __12:08 pm__
Ended: __12:46 pm__

Presiding Judge: __Henry Coke Morgan, Jr., SUSDJ__
Court Reporter: __Carol Naughton, OCR__
U.S. Attorney: __David Layne, SAUSA__
Defense Counsel: __Bruce Sams__
Courtroom Deputy: __Lori Baxter / Bryan Cleveland__
Interpreter: _____

Case No.: __2:17cr152__   Defendant: __CLAYTON AKEEM PRESSLEY__  aka "Brian Johnson"

( ✓ ) in custody        ( ) on bond

____ Deft. agreed to w/draw plea of not guilty to Count(s) ____ and enter a plea of guilty to said Count.
____ Court inquired re prior plea offers.
✓ Deft. agreed to plea to a criminal information.
✓ Deft. sworn.
✓ Waiver of Indictment filed.

CLAYTON PRESSLEY III = defendant's name on birth certificate
aka CLAYTON AKEEM PRESSLEY
aka BRIAN JOHNSON

✓ Court fully advised deft. re proceedings and his rights. Deft. acknowledged he understood.
✓ Court explained charge and maximum penalties.
✓ Plea agreement reviewed and filed in open court.
✓ Court inquired re vol. of plea.
✓ Court inquired re threats or promises.
✓ Plea of guilty entered by defendant to Count(s) __1, 2 - CI__
✓ Court explained to defendant that by pleading guilty he waived jury trial.
✓ Defendant satisfied with services of counsel.
✓ Continued for pre-sentence report.
✓ Court advised deft. that by pleading guilty he waived his right of appeal, pursuant to plea agreement.
____ Statement of facts read into the record by _____.
✓ Statement of Facts filed in open court.
✓ Plea of guilty to Count(s) __1, 2 - CI__ accepted by Court.
✓ Court finds defendant GUILTY.
✓ Set for disposition __3/1/18 @ 2:30 pm__ in NORFOLK.
✓ Unsigned copy of Sentencing Procedure Order furnished to defendant before Court convened.
✓ Sentencing Procedures Order entered and filed in open court.
____ Bond set _____ (see conditions next page). Court cautioned re bail jumping.
____ Consent Order of Forfeiture entered and filed.
✓ Defendant remanded to custody of Marshal.

✓ Motion by USA to amend document to reflect defts. name-[illegible]