AO 455 (Rev. 01/09) Waiver of an Indictment

FILED
IN OPEN COURT

NOV 14 2017

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:17CR152 |
| CLAYTON AKEEM PRESSLEY | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  11/14/2017

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Bruce C. Sams
*Printed name of defendant's attorney*

_____
*Judge's signature*

Henry Coke Morgan, Jr.
Senior United States District Judge
*Judge's printed name and title*